**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

UNITED STATES ex rel.
VERITY INVESTIGATIONS, LLC,

      Plaintiff,

                                 Case No. 24-2446-EFM-RES

v.                                             \*SEALED\*

VHFCB, LLC                                **FILED *EX PARTE***

             Defendant.

_____

**THE UNITED STATES' NOTICE OF ELECTION TO
DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court solicit the written consent of the United States before ruling or granting its approval.

Also, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all subsequent pleadings filed in this action be served upon the United States and that orders issued by the Court be sent to the counsel for the United States. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.

1

The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint (ECF No. 1), the Civil Cover Sheet (ECF No. 2), the Designation of Place of Trial (ECF No. 3), the Corporate Disclosure Sheet (ECF No. 5), this Notice, and any resulting order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

By:    /s/ Jon P. Fleenor
JON P. FLEENOR #14002
Assistant United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, Kansas 66101
PH: 913.551.6730
FX: 913.551.6599
EM: Jon.Fleenor@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of April 2026, a true and correct copy of the above and foregoing United States' Notice of Election to Decline Intervention was filed with the Clerk of the Court using the CM/ECF system. Because this action is under seal pursuant to 31 U.S.C. §§ 3729-3733, no notice will be served.

s/ Jon P. Fleenor
JON P. FLEENOR
Assistant United States Attorney